IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY N. HOUK,

    Petitioner,                    No. CIV S-08-1100 LKK DAD P

    vs.

JIMMY WALKER, Warden,

    Respondents.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Pursuant to this court's May 28, 2008 order, petitioner has filed a renewed motion for stay and abeyance. Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondent will be directed to file a response to petitioner's renewed motion for stay and abeyance.

        Also before the court is petitioner's motion for appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule

/////

1

8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent shall file and serve an opposition or statement of non-opposition to petitioner's June 17, 2008 renewed motion for stay and abeyance within thirty days of the date of this order;

2. Petitioner shall file and serve a reply, if any, within fifteen days after service of the opposition;

3. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's petition for writ of habeas corpus (docket #1) and a copy of petitioner's renewed motion for stay and abeyance (docket #4) on Michael Patrick Farrell, Senior Assistant Attorney General; and

4. Petitioner's June 17, 2008 motion for appointment of counsel is denied.

DATED: July 1, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
houk1100.100fee