IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY N. HOUK,

     Petitioner,                No. CIV S-08-1100 LKK DAD P

     vs.

JIMMY WALKER, Warden,

     Respondents.          ORDER

_____/

     On July 1, 2008, this court ordered respondent to file and serve an opposition or statement of non-opposition to petitioner's June 17, 2008 renewed motion for stay and abeyance. On the same day, petitioner filed a document styled "Motion to Amend 'Motion to Include Unexhausted Claims And A Stay'" informing the court that he has presented his unexhausted claims in a petition filed with the California Court of Appeal.

     IT IS HEREBY ORDERED that respondent shall consider petitioner's July 1, 2008 filing in determining whether to oppose his renewed motion for stay and abeyance.

DATED: July 8, 2008.

_____

DALE A. DROZD

UNITED STATES MAGISTRATE JUDGE

DAD:9
houk1100.stat